**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:17-cr-340-CEH-CPT

PEDRO ANTUNEZ-GALARZA

_____

**FINAL REVOCATION HEARING**

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing of the United States Magistrate Judge (Doc.83), entered February 4, 2021, to which there has been no objection and the 14 day objection period has expired, the Report of Preliminary Supervised Release Revocation Hearing is now accepted.

**A Final Revocation Hearing was previously scheduled for February 25, 2021 at 2:00 PM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 23rd day of February 2021.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services